# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | |
|---|---|---|
| Case No. | EDCV10-00090 ODW(RZx) | Date: May 31, 2011 |
| Title: | Nghia Tran v. United States Mineral Products Company, et al | |

Present: The Honorable   OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE

| Steve Chung | Katie Thibodeaux |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Douglas Walter Perlman<br>Victor Light George | Theodora Lee<br>Judy Iriye |

_____ Day Court Trial      4th Day Jury Trial

- _____ One day trial:
- _____ Begun (1st day);
- **X** Held & Continued;
- _____ Completed by jury verdict/submitted to court.
- _____ The Jury is impaneled and sworn.
- _____ Opening statements made by _____
- **X** Witnesses called, sworn and testified.   **X** Exhibits Identified   **X** Exhibits admitted.
- _____ Plaintiff(s) rest.   _____ Defendant(s) rest.
- _____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court instructs jury.
- _____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations.
- _____ Jury Verdict in favor of   _____ plaintiff(s)   _____ defendant(s) is read and filed.
- _____ Jury polled.   _____ Polling waived.
- _____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.
- _____ Judgment by Court for _____   _____ plaintiff(s)   _____ defendant(s).
- _____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).
- _____ Case submitted.   _____ Briefs to be filed by _____
- _____ Motion to dismiss by _____ is   _____ granted.   _____ denied.   _____ submitted.
- _____ Motion for mistrial by _____ is   _____ granted.   _____ denied.   _____ submitted.
- _____ Motion for Judgment/Directed Verdict by _____ is   _____ granted.   _____ denied.   _____ submitted.
- _____ Settlement reached and placed on the record.
- _____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- _____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- **X** Case continued to   June 1, 2011 at 8:30 a.m.   for further trial/further jury deliberation.
- _____ Other:

                                                                    5 : 28
                                              Initials of Deputy Clerk   sc

cc: