# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | ED CV 10-00090-ODW(RZx) |
| Title: | Nghia Tran v. United States Mineral Products Company et al |
| Date | June 1, 2011 |

Present: The Honorable  OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE

| Sheila English | Katie Thibodeaux |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Douglas Walter Perlman | Theodora Lee |
| Victor Light George | Judy Iriye |

___ Day Court Trial    5th Day Jury Trial

___ One day trial:    ___ Begun (1st day);    X Held & Continued;    ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
X Witnesses called, sworn and testified.    X Exhibits Identified    X Exhibits admitted.
___ Plaintiff(s) rest.    ___ Defendant(s) rest.
X Closing arguments made by    X plaintiff(s)    X defendant(s).    X Court instructs jury.
X Bailiff(s) sworn.    X Jury retires to deliberate.    ___ Jury resumes deliberations.
___ Jury Verdict in favor of    ___ plaintiff(s)    ___ defendant(s) is read and filed.
___ Jury polled.    ___ Polling waived.
X Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.
___ Judgment by Court for    ___ plaintiff(s)    ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).
___ Case submitted.    ___ Briefs to be filed by
___ Motion to dismiss by ___ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by ___ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by ___ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to    June 2, 2011 at 8:30 a.m.    for further trial/further jury deliberation.
___ Other:

11 : 25

Se